

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Raven Regulus )
_____ )    1:22-cv-05294
)    Judge Thomas M. Durkin
)    Magistrate Judge Susan E. Cox
)    RANDOM
Plaintiff(s), )
)
v. )
The Thresholds )
_____ )    **RECEIVED**
)
)    SEP 28 2022
Defendant(s). )
)    THOMAS G. BRUTON
      CLERK, U.S. DISTRICT COURT

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _____Raven Regulus_____ of the

county of ____Dupage____ in the state of ____IL____.

3. The defendant is _The Thresholds_____, whose

street address is _120 S LaSalle St Suite 1410_____,

(city) _Chicago_ (county) _Cook_ (state) _IL_ (ZIP) _60603_

(Defendant's telephone number) _(773)_ – _572-5400_

4. The plaintiff sought employment or was employed by the defendant at (street address)

_3638 S Kedzie Ave_____ (city) _Chicago_____

(county) _Cook_ (state) _IL_ (ZIP code) _60632_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

    (a)   ☐   was denied employment by the defendant.

    (b)   ☐   was hired and is still employed by the defendant.

    (c)   ☒   was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) *April* , (day) *3rd* , (year) *2018* .

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both*.)

    (a)   The defendant is not a federal governmental agency, and the plaintiff
    [*check one box*] ☒*has*  ☐*has not* filed a charge or charges against the defendant

    asserting the acts of discrimination indicated in this complaint with any of the

    following government agencies:

        (i)   ☒ the United States Equal Employment Opportunity Commission, on or about
        (month) *June* (day) *29* (year) *2018* .

        (ii)  ☒ the Illinois Department of Human Rights, on or about
        (month) *June* (day) *29* (year) *2018* .

    (b)   If charges *were* filed with an agency indicated above, a copy of the charge is

    attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

    (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) *July*

(day) *5* (year) *2022*.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes    ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) *July* (day) *5* (year) *2022* a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

***those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.    The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☑ terminated the plaintiff's employment.

    (c) ☑ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ failed to stop harassment;

    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

      _Wages, witnesses, verbal complaint,_
      _email documents, text messages, private_
      _medical records, Clients reports if necessary_
      _(many clients were discriminated against)_

      _____

14.   **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully
      discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
      [*check only those that apply*]

      (a)   ☐  Direct the defendant to hire the plaintiff.

      (b)   ☐  Direct the defendant to re-employ the plaintiff.

      (c)   ☐  Direct the defendant to promote the plaintiff.

      (d)   ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

      (e)   ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

      (f)   ☑  Direct the defendant to (specify): _Compensation , fees_
            _Responsibility of actions , Corrective actions / prevention_

            _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Raven Regulus
(Plaintiff's name)

15276 Stratford Lane    Villa Park, IL  60181
(Plaintiff's street address)

(City) Villa Park (State) IL (ZIP) 60181

(Plaintiff's telephone number) (630) – 415 – 2535

Date: 9/8/2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/05/2022

To:  Raven Regulus
1S276 Stratford Lane
Villa Park, IL 60181

**Charge No: 21B-2020-01086**

EEOC Representative and email:

Sherice Galloway
Acting Coordinator / State, Local & Tribal
sherice.galloway@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 21B-2020-01086.

On Behalf of the Commission:

Digitally Signed By:Julianne Bowman
07/05/2022

Julianne Bowman
District Director

**Cc:**

THE THRESHOLDS
c/o Bruce Jefferson
120 S. LaSalle Street, Suite 1410
Chicago, IL 60603



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2018-06364 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Miss Raven L Regulus | (630) 915-2535 | 1982 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1S276 Stratford Ln., Villa Park, IL 60181 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| THRESHOLDS | 501+ | (773) 572-5500 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3638 S. Kedzie Ave., Chicago, IL 60632 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-26-2018   Latest: 06-26-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about March 26, 2018. My most recent position was Community Support Specialist. Respondent was aware of my disability. Upon hire, Respondent decreased my wages from the amount original offered. During my employment, I requested a reasonable accommodation which was not provided. I was also subjected to harassment, discipline, and different terms and conditions of employment, including, but not limited to, being ignored, defamed, and treated unprofessionally. On or about June 26, 2018, I was discharged.

I believe I have been discriminated against because of my race, Black, and in retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe I have been discriminated against because of my disability and in retaliation, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Raven Regulus on 10-11-2018 09:51 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

**# 19M0705.03**

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2019CF3205 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| **Raven Regulus** | **(630) 915-2535** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1s276 Stratford Lane | Villa Park, IL 60181 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| **The Thresholds** | | **(773) 572-5461** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 4101 N. Ravenswood Ave. | Chicago, IL 60613 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race    Disability    Retaliation | **April 3, 2018 - June 26, 2018** ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION

JUL 0 9 2020

S E E   A T T A C H E D

**RECEIVED**

BY: _dmw_

NOTARIZE

**Page 1 of 6**

MTS

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _1st_ DAY OF _July_, _2020_

X _____
NOTARY SIGNATURE

PHUONG LE PHAM
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 6, 2022

**NOTARY STAMP**

X _____   _7/1/2020_
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief